UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

THERON ST. LAURENT (#10-B-3199),

                Plaintiff,

                                                   DECISION AND ORDER
           v.                                                  14-CV-204A

ANDREW PEDALTY, *et al.,*

                Defendants.

———————————————————————

        The above-referenced case was referred to Magistrate Judge Michael J. Roemer, pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 5, 2016, Magistrate Judge Roemer filed a Report and Recommendation (Dkt. No. 49), recommending that this case be dismissed for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41 (b).

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Roemer's Report and Recommendation, this case is dismissed for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41 (b).

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   September 14, 2016