Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| THERON ST. LAURENT | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 14-CV-204-A |
| v. | |
| LIEUTENANT ANDREW PEDALTY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in Magistrate Judge Roemer's Report and Recommendation, this case is dismissed for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41(b).

| | |
|---|---|
| Date: September 15, 2016 | MARY C. LOEWENGUTH<br>CLERK OF COURT<br><br>By: s/K.McMillan<br>       Deputy Clerk |